IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CURTIS STEWART, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-01240-AGF |
| | ) | |
| MICHAEL BOWERSOX, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Missouri state prisoner Curtis Stewart's motion to dismiss appointed counsel (ECF No. 25) and appointed counsel's motion to withdraw (ECF No. 27). Petitioner asserts that appointed counsel has failed to assist Petitioner or respond to his questions, despite Petitioner's attempts to contact appointed counsel. Appointed counsel contends in his motion to withdraw from representation that counsel is not authorized under the provisions of the Criminal Justice Act, 18 U.S.C. § 3006(A), to represent Mr. Stewart in state administrative or court proceedings. Thus, he seeks to withdraw from representation while Petitioner's federal case is stayed.

Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that Petitioner's motion to dismiss counsel is **GRANTED.** ECF No. 25.

**IT IS FURTHER ORDERED** that appointed counsel's motion to withdraw

is **GRANTED**. ECF No. 27. After Petitioner has exhausted his state court remedies, he may move for reappointment of counsel in federal court.

_AUDREY G. FLEISSIG_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 8th day of July, 2019.