UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CURTIS STEWART, | ) |
| Petitioner, | ) |
| v. | ) No. 4:16-cv-001240-AGF |
| MICHAEL BOWERSOX, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court following the Court's November 13, 2025 Order to show cause, in which the Court directed Petitioner's appointed counsel to show cause in writing within fourteen days why the case should not be dismissed in light of the fact that Petitioner is now deceased. ECF No. 58. Petitioner has not filed anything in response to this Order and has failed to show cause why this case should not be dismissed with prejudice.

Therefore,

**IT IS HEREBY ORDERED** that the petition of Curtis Stewart for a writ of habeas corpus is **DISMISSED with prejudice**, and the Clerk of Court is directed to close this case.

A separate Judgment shall accompany this Memorandum and Order.

Dated this 2nd day of December, 2025.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE